IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDRE DEON McEWING                                              PETITIONER

vs.             Civil Case No. 5:08CV000286 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                               RESPONDENT

ORDER

Petitioner is hereby informed of his opportunity to reply within thirty days to Respondent's arguments that his petition should be dismissed because it is untimely and because his claims rest entirely on state law or, if they are based on federal constitutional violations, are procedurally barred because Petitioner did not assert his constitutional claims in state court. Petitioner may reply to any other argument raised in Respondent's Response.

SO ORDERED this 14th day of January, 2009.

_____
United States Magistrate Judge